CHARLES T. MATHEWS, SBN 55889
PETER C. BEIRNE, SBN 230977
MATHEWS & RAGER, LLP
501 South Marengo Avenue
Pasadena, California 91101
Ph.:   (626) 683-8291
Fax:   (626) 683-8295

Attorney for Defendant
Eric Kun

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ERIC KUN,<br>　　aka Chieh Min Kun<br><br>　　　　　Defendant. | CASE NO.  CR-S-04-314-WBS<br><br>[PROPOSED] ORDER FOR DEFENDANT'S REQUEST FOR A FINDING OF EXCLUDABLE TIME<br><br>Assigned To:  Hon. William B. Shubb |

　　　　IT IS HEREBY ORDERED that the hearing, previously set for October 5, 2005, at 9:00 a.m., in Department 5 of the above-entitled court, located at 501 I Street, Sacramento, California, is hereby moved to November 2, 2005, at 9:00 a.m., in Department 5.  Pursuant to the Stipulation of the parties, and at the request of the Defendant, the court continues to find excludable time to November 2, 2005, under Local Code T4.

Dated:  October 4, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER FOR DEFENDANT'S REQUEST FOR A FINDING OF EXCLUDABLE TIME